UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED EAA

MAY 26 2015
May 26 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ruchin Cody Moon

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Illinois Lottery, Other Liquor other business, companies, other people

15cv4663
Judge John W. Darrah
Magistrate Judge Maria Valdez
PC1

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

maybe also — **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

✓ — **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

maybe also — **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Quentin Corley Moore

B. List all aliases: None

C. Prisoner identification number: N26948

D. Place of present confinement: Pontiac Correctional Center / Kane County Jail

E. Address: PO Box 99 Pontiac IL 61764 / 37W777 Rt 38 St. Charles IL 60175

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Olan Mills Liquor

Title: Business & other businesses

Place of Employment: Montgomery IL

B. Defendant: Illinois Lottery

Title: Game

Place of Employment: Chicago IL

C. Defendant: Other businesses

Title: Of the businesses

Place of Employment: Of where that business is

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II Defendant(s):
(In A below, place the full name of the first defendant, in the first blank, his or her official position in the second blank and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C)

A. Defendant: Companies

Title: Of where they work

Place of Employment: Any where

B. Defendant: Other people

Title: That where they work

Place of Employment: All locations that [illegible]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Motion for Civil at Caterpillar, Prudential, Liberty Mutual, other business, companies, other people Docket number 0870023

B. Approximate date of filing lawsuit: December 31, 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Quinton Lutey Moore

D. List all defendants: Caterpillar, Prudential, Liberty Mutual, other businesses, companies, other people

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Lake County Court

F. Name of judge to whom case was assigned: Susan Baker or maybe different judge

G. Basic claim made: Owe me money, other things, cause someone death

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Not said

I. Approximate date of disposition: Not said

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III List All lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Motion for Civil of Illinois Lottery Olin Mills Liquor, other businesses, companies, other people Docket number 0052 or 0123

B. Approximate date of filing lawsuit: December 31, 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Quentin Corley Moore

D. List all defendants: Illinois Lottery, Olin Mills Liquor, other businesses, companies, other people

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Kane County Court

F. Name of judge to whom case was assigned: Susan Boles or maybe different judge

G. Basic claim made: Money was won when I was there and I want what money that was won for buying those

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Not said

I. Approximate date of disposition: Not said

II List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal Court in the United States

A. Name of case and docket number: Motion for Civil of Aurora Police Department FBI, Kane County Sheriffs, Kane County Judicial, other businesses, companies other people Docket number 14 OP 7 or 0123

B. Approximate of filing lawsuit: November 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Rachn Carley Moray

D. List all defendants: Aurora Police Departments, FBI, Kane County Sheriffs Kane County Judicial, other businesses, companies, other people

E. Court in which the lawsuit was filed (if federal court, name the district, if state court, name the County Kane County Court

F. Name of judge to whom case was assigned: Susan Boles or may be different judge

H. Disposition of this case (for example; Was the case dismissed? Was it appealed? Is it still pending?): Not said

I. Approximate date of disposition: Not said

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Motion for Civil of United States Aurora Police Department, FBI, IDOC, Kane County Sheriffs, Kane County Judicial, other businesses, companies, other people Docket number 007 or 023

B. Approximate date of filing lawsuit: Sometime in February 2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Quentin Carley Moore

D. List all defendants: United States, Aurora Police Department, FBI, IDOC, Kane County Sheriffs, Kane County Judicial, other business, Companies, other people

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Kane County Court

F. Name of judge to whom case was assigned: Susan Boke or maybe different judge

G. Basic claim made: That false charges, were charged

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Not said about Motion for Civil but charges of 07CF1626, 07CF1842, 07CF1840, 09CF1462, 10CF1427 are still in court

I. Approximate date of disposition: Not said

III List All lawsuits you and your co-plaintiffs, if any) have filed in any state or federal court in the United States

A. Name of case and docket number: Notion for Lis of Reggie Campbel attorney at Law, Presbey & Associates Attorneys, Millard Refrigeration Rush Copley Hospital Docket number not sure

B. Approximate date of filing lawsuit

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Quinton Conley Noon

D. List all defendants: Reggie Campbell attorney at Law, Presbey & Associates attorneys, Millard Refrigeration, Rush Copley Hospital

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Kane County Court

F. Name of judge to whom case was assigned: Susan Boles or maybe a different judge

G. Basic claim made: Money owed, never said to settle

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Not said

I. Approximate date of disposition: Not said

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This issue about Illinois Lottery being won at the place of Olen Mills Liquors, when I was there and [illegible] there Illinois Lottery, Olen Mills Liquors, owes me money from the win, when I was there with Emanuel Bass. Also there's laws I want to use of Back Back Sums, Bin Back Checks, and of a law to go to a bank when one could write to get money. That I want to find out more about these laws when you appoint a attorney but I also want him to refile my my for civil all the same laws thats in the motion for civil thats attached here and may be add some other laws of Dead Federal and others. But look at the motion for civil attach and when a attorney is appointed for me make sure he can represent me on all my other cases. That also worse at my case if there's a law called Zero Tax that means Zillion Billion amounts of money is involved. But when a attorney gets appointed I want him to get the video from Olen Mills Liquor in Montgomery of the date of the win of the Lottery Millions, of when me and Emanuel Bass was there, there is laws of the Lottery that say that money is owed to me that I don't want to put in here, come and visit me. That [illegible] to see [illegible] the name of Marilyn Amos [illegible] Sherry Morant, had something setup with the company called Met Life for a life insurance policy if she died and it [illegible] had something in it about the Lottery

Revised 9/2007

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

First I want to talk to the attorney that will be assigned for my motion for civil, other cases

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO
not sure yet

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 20 day of May, 2015

Quentin Corley Moore

(Signature of plaintiff or plaintiffs)

Quentin Corley Moore

(Print name)

R26944

(I.D. Number)

Pontiac Correctional Center

PO Box 99

Pontiac, IL 61764

(Address)

Thomas M. Hartwell
Clerk of the Circuit Court
Kane County, IL

DEC 31 2014

FILED 007
ENTERED

STATE OF ILLINOIS )
)
COUNTY OF KANE )

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT COURT KANE COUNTY, ILLINOIS

Quentin Corley Moore
plaintiff

V

Illinois Lottery, Oka Mills Liquor other businesses, companies, other peoples
Defendants

14CF0000 be adnounced with cases of other courtrooms of 07CF1826, 07CF1840 07CF1842

## MOTION FOR CIVIL

NOW COMES that Quentin Corley Moore, that if through attorney, no of attorney Don Zuelke being attorney for Motion for Civil, ancu attorney, lawyer, be appointed and moves this Honorable Court pursuant to Motion for Civil, extrajudicial civil, other of civil, that the court do as I request and in support of states the following

1) The Illinois Lottery was played at Oka Mills Liquor in Montgomery IL, which the Mega Millions, Powerball, Illinois Lottery was won on this day

2) The people at Olen Mills Liquor, knows that there was a win, in the years of 1992-1994, that I was there, at Olen Mills Liquor, when it happened That Emanuel Bass, Quentin Corley Moore was the reason for the win

3) It was said that they owe me money, cause of this win of Illinois Lottery, but there is also Illinois Lottery laws that say they owe me money, cause of this win

4) That of what was won, I want my money from this win, of the Illinois Lottery, Mega Millions, Powerball, which of it maybe of the Illinois Lottery.

WHEREFORE, pursuant to Motion for Civil, other judicial civil, other of civil, that requests this Honorable Court to do as I request and enter an order for what I want, that this case go to a different courtroom, not of 305 & 311 in Kane County Judicial, with a different states attorney not of the cases pending

RESPECTFULLY SUBMITTED

Quentin Corley Moore

Quentin Corley Moore #K201
Pontiac Correctional Center
P O Box 99
Pontiac IL 61764
CORRESPONDENCE
FROM AN INMATE OF
ILLINOIS DEPT
OF CORRECTIONS
05/22/2015
US POSTAGE
$005.
ZIP 61
15cv4663
Judge John W. Darrah
Magistrate Judge Maria Valdez
PC1
United States District Court
Clerk of Court
Prisoners correspondent
Northern District of ILLINOIS
219 S
Chicago
RECEIVED
SKJ PC
UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9999 4431 4913 9000 10
LAB400R Aug. 2013
7690-17-000-0669